BBBBBVH.NDQ
Dec. 28. 2013 11:47AM
No. 5546 P. 2
Page 2
FILED
2014 FEB 18 PM 1:50
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

24237/MWV/ld

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

CAROLE DAVIS,

    Plaintiff,

vs.

CASE NO.: _____

2:14-cv-96-FtM-38DNF

JACKSON NATIONAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, CAROLE DAVIS, by and through her undersigned attorney, and hereby sues Defendant, JACKSON NATIONAL LIFE INSURANCE COMPANY, (hereinafter "JACKSON NATIONAL"), and says:

1.     This is an action for damages in excess of Fifteen Thousand and NO/100 ($15,000.00) dollars.

2.     The Plaintiff is sui juris and a resident of Lee County, Fort Myers, Florida.

3.     The Defendant, JACKSON NATIONAL, is a foreign profit corporation doing business in Lee County, Florida.

4.     The Defendant, JACKSON NATIONAL, issued a policy of life insurance naming Plaintiff, CAROLE DAVIS, as sole beneficiary. (See policy attached as Exhibit "A".)

5.     The insured, Kyle Scott Davis, died on June 28, 2013.

6. Plaintiff, CAROLE DAVIS, has demanded a tender of the coverage, but Defendant, JACKSON NATIONAL, has refused to pay.

7. Plaintiff, CAROLE DAVIS, has retained counsel and is obligated to pay attorney's fees and, pursuant to 627.428, as the prevailing party, Plaintiff is entitled to an award of attorney's fees and costs.

WHEREFORE, Plaintiff, CAROLE DAVIS, demands judgment for damages against Defendant, JACKSON NATIONAL, for compensatory damages, attorney's fees, prejudgment interest on all special damages incurred to the extent said damages are allowable by law, costs and a trial by jury of all issues so triable by a jury.

Dated this 20th day of December, 2013.

VILES & BECKMAN, LLC
Attorney for Plaintiff
6350 Presidential Court
Suite A
Fort Myers, Florida 33919
Telephone: (239) 334-3933
Facsimile: (239) 334-7105
marcus@vilesandbeckman.com
lakisha@vilesandbeckman.com

By: /s/Marcus W. Viles
Marcus W. Viles, Esquire
Florida Bar No.: 0516971