# Valley Forge Life Insurance Company 

Issued by Valley Forge Life Insurance Company, a stock company and member of CNA Financial Corporation

| Executive Office: | Home Office: | Administrative Office: |
|---|---|---|
| CNA Plaza | 401 Penn St. | 100 CNA Drive |
| Chicago, Illinois 60685 | Reading, Pennsylvania 19601 | Nashville, Tennessee 37214 |

In this policy the Owner is referred to as "You" or "Your". The Valley Forge Life Insurance Company is referred to as "We," "Our," or "Us". "He" is used to mean "he" or "she", "His" is used to mean "his" or "hers".

**This is a legal contract between You and Us. Read it carefully.**

**AGREEMENT** - If the Insured dies while this policy is in force and prior to the Expiry Date, We will pay the proceeds payable to the Beneficiary. Payment will be made upon receipt at Our Administrative Office of due proof of the Insured's death. This agreement is subject to the terms of the policy.

**CONSIDERATION** - This policy is issued in consideration of the application and payment of the first premium. While the Insured is alive, premiums must be paid as described in the Policy Schedule and the Expiry Date.

**THIRTY DAY RIGHT TO EXAMINE POLICY** - It is important to Us that You are satisfied with this policy and that it meets Your insurance goals. Read it carefully. If You are not satisfied with this policy, You may return it to Our Administrative Office or to Your agent within 30 days after You receive it. We will then cancel it as of the Policy Date and refund any premiums which have been paid.

Signed for the Valley Forge Life Insurance Company at its Administrative Office, P. O. Box 305153, Nashville, Tennessee 37230-5153.

*L. Susan McGrory*

Chief Operating Officer

Adjustable Premium
Level Term Insurance to Policy Age 85

Premiums Change As Shown In The Policy Schedule

Convertible During Conversion Period

Insurance Payable Upon Death Before Expiry Date
Premiums Payable To Expiry Date
Non-Participating - Not Eligible for Dividends

V100-1182-A


EXHIBIT
A

## POLICY SCHEDULE

### SCHEDULE OF POLICY BENEFITS

| | | |
|---|---|---|
| **DESCRIPTION OF BENEFITS** | **EXPIRY DATE** | **ANNUAL PREMIUM** |
| ADJUSTABLE PREMIUM LEVEL TERM INSURANCE TO POLICY AGE 85 | September 01, 2046 | $310.00 * |

FOR PREMIUM FREQUENCIES OTHER THAN ANNUAL, MULTIPLY YOUR PREMIUM (FOR THE BASE POLICY AND THE ADDITIONAL BENEFITS PROVIDED BY RIDER) BY THE APPROPRIATE MODAL FACTOR SHOWN BELOW:

| PREMIUM FREQUENCY | MODAL FACTOR |
|---|---|
| SEMI-ANNUAL | 0.510 |
| QUARTERLY | 0.280 |
| MONTHLY PAC | 0.087 |
| MONTHLY LIST BILL | 0.090 |

* SUBJECT TO THE SCHEDULE OF POLICY PREMIUMS

### POLICY SPECIFICATIONS

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | VIBA021916 | **INSURED:** | KYLE SCOTT DAVIS |
| **POLICY DATE:** | September 01, 2000 | **SEX:** | Male |
| **FACE AMOUNT:** | $500,000.00 | **POLICY AGE ON POLICY DATE:** | 39 |
| **PREMIUM FREQUENCY:** | Annual | **LEVEL PREMIUM PERIOD:** | 15 Policy Years |
| **PREMIUM CLASS:** | Preferred Plus Non-Tobacco User | **CONVERSION PERIOD:** | To the earlier of the 10th Policy Anniversary or the Policy Anniversary nearest the Insured's 70th Birthday |

**ANNUAL POLICY FEE:** $75.00

V133-551-A

**POLICY SCHEDULE**
**(continued)**

**ADDITIONAL BENEFITS PROVIDED BY RIDER**

| DESCRIPTION OF BENEFITS | EXPIRY DATE | PREMIUM |
|---|---|---|
| NO RIDERS ON POLICY | | |

## POLICY SCHEDULE
### (continued)

### SCHEDULE OF POLICY PREMIUMS

THE FOLLOWING PREMIUMS ARE THE CURRENT AND MAXIMUM ANNUAL PREMIUMS FOR THE BASE POLICY ONLY. PREMIUMS FOR ANY ADDITIONAL BENEFITS PROVIDED BY RIDER ARE NOT INCLUDED BELOW.

| BEGINNING OF POLICY YEAR | CURRENT ANNUAL PREMIUMS | MAXIMUM ANNUAL PREMIUMS | BEGINNING OF POLICY YEAR | CURRENT ANNUAL PREMIUMS | MAXIMUM ANNUAL PREMIUMS |
|---|---|---|---|---|---|
| 1 | $310.00 | $310.00 | 39 | $32,315.00 | $112,015.00 |
| 2 | $310.00 | $310.00 | 40 | $35,385.00 | $122,690.00 |
| 3 | $310.00 | $310.00 | 41 | $38,660.00 | $134,015.00 |
| 4 | $310.00 | $310.00 | 42 | $42,225.00 | $152,365.00 |
| 5 | $310.00 | $310.00 | 43 | $46,210.00 | $166,750.00 |
| 6 | $310.00 | $310.00 | 44 | $50,710.00 | $183,010.00 |
| 7 | $310.00 | $310.00 | 45 | $55,780.00 | $222,090.00 |
| 8 | $310.00 | $310.00 | 46 | $61,325.00 | $244,185.00 |
| 9 | $310.00 | $310.00 | | | |
| 10 | $310.00 | $310.00 | | | |
| 11 | $310.00 | $310.00 | | | |
| 12 | $310.00 | $310.00 | | | |
| 13 | $310.00 | $310.00 | | | |
| 14 | $310.00 | $310.00 | | | |
| 15 | $310.00 | $310.00 | | | |
| 16 | $3,265.00 | $7,965.00 | | | |
| 17 | $3,695.00 | $8,875.00 | | | |
| 18 | $3,960.00 | $9,890.00 | | | |
| 19 | $4,345.00 | $10,990.00 | | | |
| 20 | $4,765.00 | $12,190.00 | | | |
| 21 | $5,235.00 | $13,550.00 | | | |
| 22 | $5,765.00 | $15,085.00 | | | |
| 23 | $6,350.00 | $16,805.00 | | | |
| 24 | $7,015.00 | $18,770.00 | | | |
| 25 | $7,775.00 | $21,035.00 | | | |
| 26 | $8,635.00 | $23,610.00 | | | |
| 27 | $9,585.00 | $26,490.00 | | | |
| 28 | $10,605.00 | $29,325.00 | | | |
| 29 | $11,710.00 | $32,400.00 | | | |
| 30 | $12,900.00 | $35,700.00 | | | |
| 31 | $14,195.00 | $39,300.00 | | | |
| 32 | $15,660.00 | $43,365.00 | | | |
| 33 | $17,585.00 | $48,715.00 | | | |
| 34 | $19,225.00 | $53,275.00 | | | |
| 35 | $21,425.00 | $59,375.00 | | | |
| 36 | $23,890.00 | $66,225.00 | | | |
| 37 | $26,535.00 | $73,575.00 | | | |
| 38 | $29,350.00 | $81,400.00 | | | |

## Guide to Policy Provisions

| Section | |
|---|---|
| Policy Face Page | Right to Examine Policy |
| 1 | Definitions |
| 2 | Policy Proceeds |
| 2.1 | Proceeds |
| 2.11 | Proceeds Payable |
| 2.12 | Payment of Proceeds |
| 3 | General Provisions |
| 3.1 | Contract |
| 3.11 | Entire Contract |
| 3.12 | Changes to Contract |
| 3.13 | Incontestability |
| 3.14 | Suicide |
| 3.15 | Misstatement of Age or Sex |
| 3.2 | Premiums and Reinstatement |
| 3.21 | Payment of Premiums |
| 3.22 | Current and Maximum Annual Premiums |
| 3.23 | Grace Period |
| 3.24 | Reinstatement |
| 3.3 | Ownership and Beneficiary |
| 3.31 | Owner's Rights |
| 3.32 | Change of Owner or Contingent Owner |
| 3.33 | Assignment |
| 3.34 | Beneficiary |
| 3.35 | Change of Beneficiary |
| 3.36 | Changes |
| 3.4 | Termination |
| 4 | Policy Settlement |
| 4.1 | General Policy Settlement Provisions |
| 4.11 | Payee |
| 4.12 | Payment of Policy Proceeds |
| 4.13 | Selecting an Optional Method of Settlement |
| 4.14 | Frequency of Payments |
| 4.15 | First Payment |
| 4.16 | Death of Payee |
| 4.17 | Protection Against Creditors |
| 4.18 | Settlement Agreement |
| 4.19 | Additional Interest Earnings |
| 4.2 | Optional Methods of Policy Settlement |
| 4.21 | Option 1 – Interest Payments |
| 4.22 | Option 2 – Installments of a Specified Amount |
| 4.23 | Option 3 – Installments for a Specified Period |
| 4.24 | Option 4 – Life Annuity |
| 4.25 | Option 5 - Life Annuity with Period Certain |
| 4.26 | Option 6 - Joint Life and Survivorship Annuity |
| 5 | Conversion Privilege |
| 5.1 | Conversion Period |
| 5.2 | Conversion of this Policy |
| 5.3 | New Policy |
| 5.4 | Additional Benefits Provided By Rider |

The Policy Schedule precedes the Guide to Policy Provisions.

A copy of any Amendments, Endorsements or Riders and written applications are attached.

V100-1182-A

BBBBBVH.NDB
Dec. 28. 2013 11:48AM
Page 9
No. 5540   P. 9

## SECTION 1: DEFINITIONS

The following are key words used in this policy. They are important in describing both Your rights and Ours. When they are used, they are capitalized. As You read Your policy, refer back to these definitions.

**Amendment, Endorsement or Rider** means a form which amends the policy or which provides additional benefits. When an Amendment, Endorsement or Rider is attached to the policy, it is a part of the policy and is subject to all the terms of the policy unless We state otherwise in the form.

**Assign** means to transfer Your rights as the Owner of this policy. If You transfer all of Your rights irrevocably, this is an absolute Assignment. If You transfer all or some of Your rights as security for a loan, but on the condition that such rights return to You once the debt is paid, this is a collateral Assignment.

**Assignee of Record** means the individual or entity recorded at Our Administrative Office to whom You have assigned Your rights.

**Base Policy** means the policy without any additional benefits provided by Rider.

**Beneficiary** means the payee of the proceeds payable upon the Insured's death.

**Conversion Period** means the period during which You may convert this policy to another plan of insurance.

**Expiry Date** means the date coverage under this policy ends.

**Owner** means the person, persons, or entity who may exercise the rights listed in this policy.

**Policy Age** means the Insured's age on His birthday nearest the Policy Anniversary.

**Policy Age on Policy Date** means the Insured's age on His birthday nearest the date on which this policy is issued.

**Policy Anniversary** means the same day and month as the Policy Date for each year the policy is in force.

**Policy Date** means the date on which this policy is issued and the insurance coverage becomes effective.

**Policy Months and Policy Years** means the months and years during which this policy is in force. Policy Months and Policy Years are measured from the Policy Date.

**Policy Schedule** means the Policy Schedule issued with the policy on the Policy Date, as well as, any subsequent modifications to the Policy Schedule for changes made after the Policy Date.

**Premium Due Date** means the date by which premiums, other than the first, are due.

**Written Notice** means a notice in writing to You from Us. Such notice will be mailed to You at the last address on record for You at Our Administrative Office.

**Written Request** means a request in writing in a form satisfactory to Us and recorded at Our Administrative Office.

V130-577-A

## SECTION 4: POLICY SETTLEMENT

**4.1:    GENERAL POLICY SETTLEMENT PROVISIONS**

**4.11:   PAYEE** - The Beneficiary is the payee of the proceeds payable at the Insured's death; any contingent Beneficiary is the contingent payee. If the Beneficiary is revocable, then the payee is also revocable.

**4.12:   PAYMENT OF POLICY PROCEEDS** - When a policy becomes a claim by the death of the Insured, settlement will be made within two months after receipt of due proof of death. If the proceeds payable are less than $5,000, We will pay them to the payee in one sum. If the proceeds payable are $5,000 or more, We will pay them to the payee in one sum, unless one of the optional methods of policy settlement is selected.

**4.13:   SELECTING AN OPTIONAL METHOD OF SETTLEMENT** - At any time before the Insured's death, You may select an optional method of policy settlement. If the Insured dies and You have not yet chosen an option, then the payee may select an option. We must receive a Written Request of any option selected. If the payee is an executor, administrator, trustee, corporation, partnership or association, the options are available only with Our consent.

**4.14:   FREQUENCY OF PAYMENTS** - If settlement Option 1, 2 or 3 is selected, We will make payments annually, semi-annually, quarterly, or monthly. The frequency of payments must be specified at the time the option is chosen. If settlement Option 4, 5 or 6 is selected, We will make payments monthly. If any payment under an option would be less than $50, We may make payments less frequently so that each payment is at least $50.

**4.15:   FIRST PAYMENT** - Depending on the frequency of payments selected, the first payment under Option 1 is payable 1 year, 6 months, 3 months or 1 month from the date of the Insured's death. The first payment under any other option is payable on the date of the Insured's death.

If the amount that could be purchased by a single premium of $1,000 at Our regular annuity rates in effect at the time the first installment is payable is larger than the amount of the first monthly installment for each $1,000 applied under Option 3, 4, 5 or 6, We will pay the larger amount as the benefit under the option.

**4.16:   DEATH OF PAYEE** - At the payee's death, We will pay the amounts below in one sum. The amounts will be paid to the payee's estate, unless We are directed otherwise at the time the option is selected.

   (a)      Under Option 1, the amount which was left on deposit with Us to accumulate with interest plus any unpaid interest.

   (b)      Under Option 2, 3, or 5, the commuted value of the amount payable at the payee's death as provided under the option selected. The commuted value will be based on interest at the rate which would have been used to compute the first installment of the installments remaining to be paid at the payee's death.

**4.17:   PROTECTION AGAINST CREDITORS** - Unless provided otherwise at the time an option is selected, the payee may neither commute, anticipate, assign, alienate nor otherwise encumber any payment under an option. Payments under any option are exempt from the claims of creditors and from legal process to the extent the law permits.

**4.18:   SETTLEMENT AGREEMENT** - In exchange for this policy, We will issue a settlement agreement stating the terms of the option selected.

V130-579-A

**3.22:** **CURRENT AND MAXIMUM ANNUAL PREMIUMS** – The current annual premiums are the premiums currently charged by Us and projected for policy years after the first policy year. These premiums are not guaranteed. The annual premium payable will never be greater than the maximum annual premium. The current and maximum annual premiums include an annual policy fee as shown in the Policy Schedule. Premium changes will be on a uniform basis for Insureds of the same issue age, sex, and premium class whose policies have been in force for the same length of time.

The Level Premium Period is the number of years that Your maximum annual premiums are guaranteed not to increase.

If additional benefits provided by Rider are attached, premiums for such Riders have not been included in the current and maximum annual premiums shown in the Policy Schedule.

**3.23:** **GRACE PERIOD** - After the first premium, a Grace Period of 31 days from the Premium Due Date will be granted for the payment of every premium. Your policy will stay in force during the Grace Period. If the Insured dies during the Grace Period, we will deduct any unpaid premium for the Policy Month in which the Insured dies prior to the payment of any proceeds, as described in Section 2.11.

If the Grace Period ends without the payment of any unpaid premium, this policy will terminate as of the Premium Due Date.

**3.24:** **REINSTATEMENT** - If this policy terminates as provided in the Grace Period, You may reinstate it by Written Request at any time within five years after the date of termination, but prior to the Expiry Date. You must:

    (a)    submit evidence of insurability satisfactory to Us; and

    (b)    pay all past due premiums with interest at 6% per year, compounded annually, to the date of reinstatement.

The effective date of reinstatement will be the date the application for reinstatement is approved by Us.

**3.3:** **OWNERSHIP AND BENEFICIARY**

**3.31:** **OWNER'S RIGHTS** - During the lifetime of the Insured, You alone may exercise all rights provided under this policy. If more than one Owner is designated, the consent of each Owner will be required to exercise such ownership rights.

If there is more than one Owner, and one Owner dies, the remaining Owner(s) shall have all rights provided in this policy. If You are the sole Owner and You die, the contingent Owner, if any, will become the Owner. If there is no contingent Owner, ownership will pass to Your estate.

**3.32:** **CHANGE OF OWNER OR CONTINGENT OWNER** - You may change the Owner by absolute assignment. You may designate, change, or revoke a contingent Owner. On the Policy Date, the Owner and any contingent Owner are as designated in the application.

**3.33:** **ASSIGNMENT** - This policy may be assigned. We are bound by an assignment only if We receive a duplicate of the original assignment provided to the assignee. We take no responsibility for the validity of any assignment.

V130-578-A

## SECTION 2: POLICY PROCEEDS

**2.1:** **PROCEEDS**

**2.11:** **PROCEEDS PAYABLE** – If the Insured dies while this policy is in force, We will pay the proceeds payable to the Beneficiary.  The proceeds payable are:

(a)     the Face Amount of insurance in effect on the Insured's life; plus

(b)     any additional benefits provided by Rider providing proceeds which are payable on the Insured's death; less

(c)     any unpaid premium for the Policy Month in which the Insured dies, if the Insured dies during the Grace Period; plus

(d)     an amount equal to any premium paid to Us for each Policy Month following the Policy Month of the Insured's death.  (However, We will not pay this amount if We are waiving premiums for this policy).

**2.12:** **PAYMENT OF PROCEEDS** – The proceeds payable are subject first to the interest of any Assignee of Record.  Payment to any Assignee of Record will be paid in one sum.  Any remaining proceeds payable on the death of the Insured will be paid to the Beneficiary. Such proceeds will be paid in one sum unless an optional method of policy settlement is selected.

Any payment is subject to the terms of this policy. The proceeds payable will be exempt from the claims of creditors and from legal process to the extent the law permits.

V130-577-A

## SECTION 3: GENERAL PROVISIONS

**3.1:    CONTRACT**

**3.11:   ENTIRE CONTRACT** - The entire contract between You and Us consists of this policy, including any attached Amendments, Endorsements and Riders, and a copy of any attached written application.   Any application for additional benefits provided by Rider or reinstatement will be made a part of the policy on the effective date of the addition of the Rider or reinstatement.   A copy of any such application will be provided to You for attachment to this policy.   In the absence of fraud, all statements made in any written application are representations and not warranties.   We will not use any statement made by the Insured or made on His behalf to challenge a claim under this policy unless it is contained in a written application.

**3.12:   CHANGES TO CONTRACT** - No one has the right to change any part of this policy or to waive any of its provisions unless the change is approved in writing by one of Our officers.

**3.13:   INCONTESTABILITY** - This policy will be incontestable, except for nonpayment of premium, after it has been in force during the lifetime of the Insured for two years from the Policy Date, except as provided below.

Any additional benefits provided by Rider effective after the Policy Date shall be incontestable, except for nonpayment of premium, only after such additional benefits have been in force during the lifetime of the Insured for two years from their effective date.   Any additional benefits issued after the Policy Date shall be contested only on the basis of statements made in the application for such benefits.

Reinstatements may be contested for two years from the date of Reinstatement only on the basis of material misstatements made in the application for Reinstatement.

**3.14:   SUICIDE** - If the Insured commits suicide, while sane or insane, within two years from the Policy Date, the proceeds payable will be limited to an amount equal to the total premiums paid.   Such proceeds will be paid to the Beneficiary in one sum.

**3.15:   MISSTATEMENT OF AGE OR SEX** - If the age or sex of the Insured has been misstated, the proceeds payable will be adjusted to that which the premiums paid would have purchased at the correct age or sex.

If the age or sex of the covered person under a Rider has been misstated, the proceeds payable for such person will be adjusted to that which the premiums paid would have purchased at the correct age or sex.

**3.2:    PREMIUMS AND REINSTATEMENT**

**3.21:   PAYMENT OF PREMIUMS** - The first premium is due on the Policy Date and is payable in advance.   All subsequent premiums are due on the Premium Due Date and in advance of the period to be covered.   Subsequent Premium Due Dates are measured from the immediately preceding Premium Due Date.   The premium and the premium frequency are shown in the Policy Schedule.   Subject to Our approval, You may change the premium frequency.

Premiums, other than the first, must be paid to Us at Our Administrative Office.

V130-578-A

An assignment will not change or revoke the Beneficiary designation in effect at the time the assignment is made. If there is an absolute assignment, Your rights and privileges, including any right to change the Beneficiary, vest in the assignee. If there is a collateral assignment, the collateral assignee has priority over the interest of any revocable Beneficiary or revocable payee under any optional method of policy settlement.

**3.34:** **BENEFICIARY** - A Beneficiary is revocable unless otherwise stated in the Beneficiary designation. The interest of any Beneficiary who dies before the Insured vests in You, unless otherwise stated in the Beneficiary designation.

**3.35:** **CHANGE OF BENEFICIARY** - You may change a revocable Beneficiary. On the Policy Date, the Beneficiary is as stated in the application.

**3.36:** **CHANGES** - Changes in assignment, Beneficiary, and ownership are subject to the rights of any Assignee of Record and any irrevocable Beneficiary. We will not be bound by any such changes unless made by Written Request. Any changes take effect as of the date the Written Request was signed. However, We are not liable for any payment made by Us before We record such Written Request.

**3.4:** **TERMINATION** - This policy will terminate on the earliest of:

(a)    the Insured's Death;
(b)    the Expiry Date;
(c)    the Conversion Date;
(d)    receipt by Us of Your Written Request to terminate this policy; or
(e)    the end of the Grace Period without the payment of any unpaid premium.

V130-578-A

**4.19: ADDITIONAL INTEREST EARNINGS** - We may pay additional interest in excess of the interest guaranteed in Options 1 and 2. Any such additional interest will be in an amount and by a method determined by Us.

**4.2: OPTIONAL METHODS OF POLICY SETTLEMENT**

**4.21: OPTION 1 – INTEREST PAYMENTS** - The proceeds payable will be left as principal with Us to accrue interest. We will pay the payee. The interest rate will be 3% per year, compounded annually. At the death of the payee, We will make payment as described in Section 4.16.

**4.22: OPTION 2 – INSTALLMENTS OF A SPECIFIED AMOUNT** - We will pay the proceeds payable to the payee in equal installments. The amount of the equal installments and the frequency of payments must be specified at the time this option is selected. After each payment, We will add interest to that portion of the proceeds payable applied under this option which has not yet been paid as installments. The interest rate will be 3% per year, compounded annually. Installments will be paid to the payee until the amount applied under this option, including interest, is exhausted. The total of the installments paid each year must be at least 5% of the proceeds payable applied under this option. At the death of the payee, We will pay the unpaid installments as described in Section 4.16.

**4.23: OPTION 3 – INSTALLMENTS FOR A SPECIFIED PERIOD** - We will pay the proceeds payable in equal installments to the payee for the number of years specified at the time this option is selected. The amount of the equal installments for each $1,000 applied under this option is shown in the following table. These amounts are calculated at an interest rate of 3% per year, compounded annually. If the payee dies before the number of years specified ends, We will pay the unpaid installments as described in Section 4.16.

| Number of Years Specified | Amount of Installments | | Number of Years Specified | Amount of Installments | | Number Of Years Specified | Amount of Installments | |
|---|---|---|---|---|---|---|---|---|
| | Annual | S.A. | | Annual | S.A. | | Annual | S.A. |
| 1 | $1,000.00 | $503.70 | 9 | $124.69 | $62.81 | 17 | $73.74 | $37.14 |
| 2 | 507.39 | 255.57 | 10 | 113.82 | 57.33 | 18 | 70.59 | 35.56 |
| 3 | 343.23 | 172.89 | 11 | 104.93 | 52.85 | 19 | 67.78 | 34.14 |
| 4 | 261.19 | 131.56 | 12 | 97.54 | 49.13 | 20 | 65.26 | 32.87 |
| 5 | 211.99 | 106.78 | 13 | 91.29 | 45.98 | 25 | 55.76 | 28.08 |
| 6 | 179.22 | 90.27 | 14 | 85.95 | 43.29 | 30 | 49.53 | 24.95 |
| 7 | 155.83 | 78.49 | 15 | 81.33 | 40.96 | | | |
| 8 | 138.31 | 69.67 | 16 | 77.29 | 38.93 | | | |

| Number of Years Specified | Amount of Installments | | Number of Years Specified | Amount of Installments | | Number Of Years Specified | Amount of Installments | |
|---|---|---|---|---|---|---|---|---|
| | Quar. | Mo. | | Quar. | Mo. | | Quar. | Mo. |
| 1 | $252.78 | $84.47 | 9 | $31.52 | $10.53 | 17 | $18.64 | $6.23 |
| 2 | 128.26 | 42.86 | 10 | 28.77 | 9.61 | 18 | 17.84 | 5.96 |
| 3 | 86.76 | 28.99 | 11 | 26.52 | 8.86 | 19 | 17.13 | 5.73 |
| 4 | 66.02 | 22.06 | 12 | 24.66 | 8.24 | 20 | 16.50 | 5.51 |
| 5 | 53.59 | 17.91 | 13 | 23.06 | 7.71 | 25 | 14.09 | 4.71 |
| 6 | 45.30 | 15.14 | 14 | 21.73 | 7.26 | 30 | 12.52 | 4.18 |
| 7 | 39.39 | 13.16 | 15 | 20.56 | 6.87 | | | |
| 8 | 34.96 | 11.68 | 16 | 19.54 | 6.53 | | | |

V130-578-A

± 24: **OPTION 4 - LIFE ANNUITY -** We will pay equal monthly installments to the payee for as long as He lives. The amount of each installment for each $1,000 applied under this option is shown in the table below. These amounts are calculated at an interest rate of 3%, compounded annually. The amounts shown below are based on the 2000 Table A.

| Age of Payee* | | Option 4 Monthly Life Annuity | Age Of Payee* | | Option 4 Monthly Life Annuity | Age Of Payee* | | Option 4 Monthly Life Annuity |
|---|---|---|---|---|---|---|---|---|
| Male | Female | | Male | Female | | Male | Female | |
| 13 and Under | 21 and Under | 2.92 | 39 | 44 | 3.50 | 63 | 68 | 5.38 |
| 17 | 22 | 2.94 | 40 | 45 | 3.54 | 64 | 69 | 5.53 |
| 18 | 23 | 2.95 | 41 | 46 | 3.58 | 65 | 70 | 5.70 |
| 19 | 24 | 2.97 | 42 | 47 | 3.63 | 66 | 71 | 5.87 |
| 20 | 25 | 2.99 | 43 | 48 | 3.68 | 67 | 72 | 6.05 |
| 21 | 26 | 3.00 | 44 | 49 | 3.73 | 68 | 73 | 6.25 |
| 22 | 27 | 3.02 | 45 | 50 | 3.78 | 69 | 74 | 6.46 |
| 23 | 28 | 3.04 | 46 | 51 | 3.83 | 70 | 75 | 6.69 |
| 24 | 29 | 3.06 | 47 | 52 | 3.89 | 71 | 76 | 6.92 |
| 25 | 30 | 3.08 | 48 | 53 | 3.95 | 72 | 77 | 7.18 |
| 26 | 31 | 3.10 | 49 | 54 | 4.02 | 73 | 78 | 7.45 |
| 27 | 32 | 3.13 | 50 | 55 | 4.08 | 74 | 79 | 7.74 |
| 28 | 33 | 3.15 | 51 | 56 | 4.16 | 75 | 80 | 8.05 |
| 29 | 34 | 3.18 | 52 | 57 | 4.22 | 76 | 81 | 8.38 |
| 30 | 35 | 3.20 | 53 | 58 | 4.30 | 77 | 82 | 8.74 |
| 31 | 36 | 3.23 | 54 | 59 | 4.38 | 78 | 83 | 9.12 |
| 32 | 37 | 3.26 | 55 | 60 | 4.47 | 79 | 84 | 9.53 |
| 33 | 38 | 3.29 | 56 | 61 | 4.56 | 80 | 85 | 9.96 |
| 34 | 39 | 3.32 | 57 | 62 | 4.66 | 81 | and over | 10.43 |
| 35 | 40 | 3.35 | 58 | 63 | 4.76 | 82 | | 10.93 |
| 36 | 41 | 3.38 | 59 | 64 | 4.87 | 83 | | 11.48 |
| 37 | 42 | 3.42 | 60 | 65 | 4.98 | 84 | | 12.03 |
| 38 | 43 | 3.46 | 61 | 66 | 5.11 | 85 And Over | | 12.64 |
| | | | 62 | 67 | 5.24 | | | |

*Use the payee's age nearest the date of the insured's death.

V130-570-A

**4.26:** **OPTION 5 - LIFE ANNUITY WITH PERIOD CERTAIN -** We will pay the proceeds payable in equal monthly installments to the payee for as long as He lives. At the time this Option is selected, a period certain of 5, 10, 15, or 20 years must be specified. If the payee dies before the specified period certain ends, the installments which have not been paid will be paid as described in Section 4.16. The amount of the equal monthly installments depends on the period certain selected. The amount of the equal monthly installments for each period certain available is shown in the table below. The amounts shown are for each $1,000 applied under this Option. These amounts are calculated at an interest rate of 3%, compounded annually. If at any age the amount of the equal installment payments is the same for two or more periods certain, payment will be made as if the longest period certain was selected. The amounts shown below are based on the 2000 Table A.

| Age of Payee * | | Number of Years Specified | | Age of Payee * | | Number of Years Specified | | Age Of Payee * | | Number of Years Specified | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | Female | 5 | 10 | Male | Female | 5 | 10 | Male | Female | 5 | 10 |
| 16 and Under | 21 and under | 2.92 | 2.92 | 39 | 44 | 3.50 | 3.49 | 63 | 68 | 5.36 | 5.23 |
| 17 | 22 | 2.94 | 2.94 | 40 | 45 | 3.54 | 3.53 | 64 | 69 | 5.49 | 5.36 |
| 18 | 23 | 2.95 | 2.95 | 41 | 46 | 3.58 | 3.57 | 65 | 70 | 5.65 | 5.49 |
| 19 | 24 | 2.97 | 2.97 | 42 | 47 | 3.63 | 3.62 | 66 | 71 | 5.81 | 5.63 |
| 20 | 25 | 2.99 | 2.98 | 43 | 48 | 3.67 | 3.66 | 67 | 72 | 5.99 | 5.78 |
| 21 | 26 | 3.00 | 3.00 | 44 | 49 | 3.72 | 3.71 | 68 | 73 | 6.17 | 5.93 |
| 22 | 27 | 3.02 | 3.02 | 45 | 50 | 3.78 | 3.76 | 69 | 74 | 6.37 | 6.08 |
| 23 | 28 | 3.04 | 3.04 | 46 | 51 | 3.83 | 3.82 | 70 | 75 | 6.57 | 6.24 |
| 24 | 29 | 3.06 | 3.06 | 47 | 52 | 3.89 | 3.87 | 71 | 76 | 6.79 | 6.41 |
| 25 | 30 | 3.08 | 3.08 | 48 | 53 | 3.95 | 3.93 | 72 | 77 | 7.02 | 6.57 |
| 26 | 31 | 3.10 | 3.10 | 49 | 54 | 4.01 | 3.99 | 73 | 78 | 7.27 | 6.75 |
| 27 | 32 | 3.13 | 3.12 | 50 | 55 | 4.07 | 4.05 | 74 | 79 | 7.52 | 6.92 |
| 28 | 33 | 3.15 | 3.15 | 51 | 56 | 4.14 | 4.12 | 75 | 80 | 7.79 | 7.10 |
| 29 | 34 | 3.17 | 3.17 | 52 | 57 | 4.22 | 4.19 | 76 | 81 | 8.08 | 7.27 |
| 30 | 35 | 3.20 | 3.20 | 53 | 58 | 4.29 | 4.26 | 77 | 82 | 8.37 | 7.45 |
| 31 | 36 | 3.23 | 3.22 | 54 | 59 | 4.37 | 4.34 | 78 | 83 | 8.69 | 7.63 |
| 32 | 37 | 3.26 | 3.25 | 55 | 60 | 4.46 | 4.42 | 79 | 84 | 9.01 | 7.80 |
| 33 | 38 | 3.29 | 3.28 | 56 | 61 | 4.54 | 4.50 | 80 | 85 | 9.36 | 7.97 |
| 34 | 39 | 3.32 | 3.31 | 57 | 62 | 4.64 | 4.59 | 81 | And Over | 9.71 | 8.13 |
| 35 | 40 | 3.35 | 3.35 | 58 | 63 | 4.74 | 4.68 | 82 | | 10.07 | 8.29 |
| 36 | 41 | 3.38 | 3.38 | 59 | 64 | 4.85 | 4.78 | 83 | | 10.45 | 8.44 |
| 37 | 42 | 3.42 | 3.41 | 60 | 65 | 4.96 | 4.89 | 84 | | 10.83 | 8.58 |
| 38 | 43 | 3.46 | 3.45 | 61 | 66 | 5.08 | 5.00 | 85 And Over | | 11.23 | 8.71 |
| | | | | 62 | 67 | 5.21 | 5.11 | | | | |

*Use the payee's age nearest the date of the insured's death.

## 4.25: OPTION 5 - LIFE ANNUITY WITH PERIOD CERTAIN - CONTINUED

| Age of Payee* | | Number of Years Specified | | Age of Payee* | | Number of Years Specified | | Age Of Payee* | | Number of Years Specified | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | Female | 15 | 20 | Male | Female | 15 | 20 | Male | Female | 15 | 20 |
| 16 and Under | 21 and under | 2.92 | 2.91 | 39 | 44 | 3.48 | 3.46 | 63 | 68 | 5.03 | 4.76 |
| 17 | 22 | 2.93 | 2.93 | 40 | 45 | 3.52 | 3.50 | 64 | 69 | 5.13 | 4.82 |
| 18 | 23 | 2.95 | 2.95 | 41 | 46 | 3.56 | 3.54 | 65 | 70 | 5.23 | 4.89 |
| 19 | 24 | 2.96 | 2.96 | 42 | 47 | 3.60 | 3.58 | 66 | 71 | 5.33 | 4.95 |
| 20 | 25 | 2.98 | 2.98 | 43 | 48 | 3.65 | 3.62 | 67 | 72 | 5.44 | 5.01 |
| 21 | 26 | 3.00 | 3.00 | 44 | 49 | 3.69 | 3.66 | 68 | 73 | 5.54 | 5.07 |
| 22 | 27 | 3.02 | 3.01 | 45 | 50 | 3.74 | 3.70 | 69 | 74 | 5.64 | 5.12 |
| 23 | 28 | 3.04 | 3.03 | 46 | 51 | 3.79 | 3.75 | 70 | 75 | 5.74 | 5.17 |
| 24 | 29 | 3.06 | 3.05 | 47 | 52 | 3.84 | 3.80 | 71 | 76 | 5.84 | 5.22 |
| 25 | 30 | 3.08 | 3.07 | 48 | 53 | 3.90 | 3.85 | 72 | 77 | 5.94 | 5.26 |
| 26 | 31 | 3.10 | 3.09 | 49 | 54 | 3.95 | 3.90 | 73 | 78 | 6.03 | 5.30 |
| 27 | 32 | 3.12 | 3.12 | 50 | 55 | 4.01 | 3.95 | 74 | 79 | 6.12 | 5.33 |
| 28 | 33 | 3.14 | 3.14 | 51 | 56 | 4.07 | 4.01 | 75 | 80 | 6.21 | 5.36 |
| 29 | 34 | 3.17 | 3.16 | 52 | 57 | 4.14 | 4.06 | 76 | 81 | 6.29 | 5.39 |
| 30 | 35 | 3.19 | 3.19 | 53 | 58 | 4.20 | 4.12 | 77 | 82 | 6.37 | 5.41 |
| 31 | 36 | 3.22 | 3.21 | 54 | 59 | 4.27 | 4.18 | 78 | 83 | 6.44 | 5.43 |
| 32 | 37 | 3.25 | 3.24 | 55 | 60 | 4.35 | 4.24 | 79 | 84 | 6.50 | 5.45 |
| 33 | 38 | 3.28 | 3.27 | 56 | 61 | 4.42 | 4.30 | 80 | 85 | 6.56 | 5.45 |
| 34 | 39 | 3.31 | 3.30 | 57 | 62 | 4.50 | 4.37 | 81 | And Over | 6.61 | 5.44 |
| 35 | 40 | 3.34 | 3.33 | 58 | 63 | 4.58 | 4.43 | 82 | | 6.65 | 5.44 |
| 36 | 41 | 3.37 | 3.36 | 59 | 64 | 4.67 | 4.50 | 83 | | 6.69 | 5.43 |
| 37 | 42 | 3.41 | 3.39 | 60 | 65 | 4.75 | 4.56 | 84 | | 6.73 | 5.42 |
| 38 | 43 | 3.44 | 3.43 | 61 | 66 | 4.85 | 4.63 | 85 And Over | | 6.72 | 5.41 |
| | | | | 62 | 67 | 4.94 | 4.69 | | | | |

*Use the payee's age nearest the date of the insured's death.

V130-579-A

4:26:   **OPTION 6 - JOINT LIFE AND SURVIVORSHIP ANNUITY -** We will pay the proceeds payable in equal monthly installments jointly to two payees while both are living.  After the death of either payee, We will pay installments to the survivor for as long as He lives.  The amount of each installment for each $1,000 applied under this Option is shown in the table below. These amounts are calculated at an interest rate of 3%, compounded annually.  The amounts shown below are based on the 2000 Table A.

| Ages of Payees* | | 55 | 56 | 57 | 58 | 59 | 60 | 61 |
|---|---|---|---|---|---|---|---|---|
| Male | Female | 60 | 61 | 62 | 63 | 64 | 65 | 66 |
| 51 | 56 | 3.87 | 3.89 | 3.91 | 3.93 | 3.94 | 3.96 | 3.97 |
| 52 | 57 | 3.91 | 3.93 | 3.95 | 3.97 | 3.99 | 4.01 | 4.02 |
| 53 | 58 | 3.95 | 3.98 | 4.00 | 4.02 | 4.04 | 4.06 | 4.07 |
| 54 | 59 | 3.99 | 4.02 | 4.04 | 4.06 | 4.09 | 4.11 | 4.13 |
| 55 | 60 | 4.03 | 4.06 | 4.08 | 4.11 | 4.13 | 4.16 | 4.18 |
| 56 | 61 | 4.06 | 4.10 | 4.13 | 4.16 | 4.18 | 4.21 | 4.23 |
| 57 | 62 | 4.08 | 4.13 | 4.17 | 4.20 | 4.23 | 4.26 | 4.29 |
| 58 | 63 | 4.11 | 4.16 | 4.20 | 4.25 | 4.28 | 4.31 | 4.34 |
| 59 | 64 | 4.13 | 4.18 | 4.23 | 4.28 | 4.33 | 4.36 | 4.40 |
| 60 | 65 | 4.16 | 4.21 | 4.26 | 4.31 | 4.36 | 4.42 | 4.45 |
| 61 | 66 | 4.18 | 4.23 | 4.29 | 4.34 | 4.40 | 4.45 | 4.51 |
| 62 | 67 | 4.20 | 4.26 | 4.31 | 4.37 | 4.43 | 4.49 | 4.55 |
| 63 | 68 | 4.22 | 4.28 | 4.34 | 4.40 | 4.46 | 4.52 | 4.58 |
| 64 | 69 | 4.24 | 4.30 | 4.36 | 4.42 | 4.49 | 4.55 | 4.62 |
| 65 | 70 | 4.26 | 4.32 | 4.38 | 4.45 | 4.52 | 4.58 | 4.65 |
| 66 | 71 | 4.27 | 4.34 | 4.41 | 4.47 | 4.54 | 4.61 | 4.69 |
| 67 | 72 | 4.29 | 4.36 | 4.43 | 4.50 | 4.57 | 4.64 | 4.72 |
| 68 | 73 | 4.30 | 4.37 | 4.44 | 4.52 | 4.59 | 4.67 | 4.75 |
| 69 | 74 | 4.32 | 4.39 | 4.46 | 4.54 | 4.61 | 4.70 | 4.78 |
| 70 | 75 | 4.33 | 4.40 | 4.48 | 4.56 | 4.64 | 4.72 | 4.81 |

Values for ages not shown will be furnished upon request.

*Use the payees' ages nearest the date of the Insured's death.

V130-579-A

## 4.26: OPTION 6 - JOINT LIFE AND SURVIVORSHIP ANNUITY - CONTINUED

| Ages of Payees* Male | Male Female | 62 67 | 63 68 | 64 69 | 65 70 | 66 71 | 67 72 | 68 73 | 69 74 | 70 75 |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 56 | 3.99 | 4.00 | 4.01 | 4.02 | 4.03 | 4.04 | 4.05 | 4.06 | 4.07 |
| 52 | 57 | 4.04 | 4.05 | 4.07 | 4.08 | 4.09 | 4.10 | 4.11 | 4.12 | 4.13 |
| 53 | 58 | 4.09 | 4.11 | 4.12 | 4.14 | 4.15 | 4.16 | 4.17 | 4.19 | 4.20 |
| 54 | 59 | 4.14 | 4.16 | 4.18 | 4.20 | 4.21 | 4.23 | 4.24 | 4.25 | 4.26 |
| 55 | 60 | 4.20 | 4.22 | 4.24 | 4.26 | 4.27 | 4.29 | 4.30 | 4.32 | 4.33 |
| 56 | 61 | 4.26 | 4.28 | 4.30 | 4.32 | 4.34 | 4.36 | 4.37 | 4.39 | 4.40 |
| 57 | 62 | 4.31 | 4.34 | 4.36 | 4.38 | 4.41 | 4.43 | 4.44 | 4.46 | 4.48 |
| 58 | 63 | 4.37 | 4.40 | 4.42 | 4.45 | 4.47 | 4.50 | 4.52 | 4.54 | 4.56 |
| 59 | 64 | 4.43 | 4.46 | 4.49 | 4.52 | 4.54 | 4.57 | 4.59 | 4.61 | 4.64 |
| 60 | 65 | 4.49 | 4.52 | 4.55 | 4.58 | 4.61 | 4.64 | 4.67 | 4.70 | 4.72 |
| 61 | 66 | 4.55 | 4.58 | 4.62 | 4.65 | 4.69 | 4.72 | 4.75 | 4.78 | 4.81 |
| 62 | 67 | 4.61 | 4.65 | 4.69 | 4.72 | 4.76 | 4.80 | 4.83 | 4.86 | 4.89 |
| 63 | 68 | 4.65 | 4.71 | 4.75 | 4.80 | 4.84 | 4.88 | 4.91 | 4.95 | 4.98 |
| 64 | 69 | 4.69 | 4.75 | 4.82 | 4.87 | 4.91 | 4.96 | 5.00 | 5.04 | 5.08 |
| 65 | 70 | 4.72 | 4.80 | 4.87 | 4.94 | 4.99 | 5.04 | 5.08 | 5.13 | 5.17 |
| 66 | 71 | 4.76 | 4.84 | 4.91 | 4.99 | 5.06 | 5.12 | 5.17 | 5.22 | 5.27 |
| 67 | 72 | 4.80 | 4.88 | 4.96 | 5.04 | 5.12 | 5.20 | 5.25 | 5.31 | 5.36 |
| 68 | 73 | 4.83 | 4.91 | 5.00 | 5.08 | 5.17 | 5.25 | 5.34 | 5.40 | 5.46 |
| 69 | 74 | 4.86 | 4.95 | 5.04 | 5.13 | 5.22 | 5.31 | 5.40 | 5.49 | 5.55 |
| 70 | 75 | 4.89 | 4.98 | 5.08 | 5.17 | 5.27 | 5.36 | 5.46 | 5.55 | 5.65 |

Values for ages not shown will be furnished upon request.

*Use the payees' ages nearest the date of the insured's death.

V130-579-A

## SECTION 5: CONVERSION PRIVILEGE

**5.1:** **CONVERSION PERIOD** - The Conversion Period is as shown in the Policy Schedule.

**5.2:** **CONVERSION OF THIS POLICY** - You may convert this policy during the Conversion Period and while it is in force, without evidence of insurability, to any permanent life or endowment insurance policy then available from Us for conversion. You may convert up to the Face Amount of this policy. To convert this policy, You must:

    (a)    submit a Written Request;

    (b)    return this policy to Us; and

    (c)    pay the first premium for the new policy. The premium for such policy, excluding the premium for any additional benefits provided by Rider, will not be less than the premium for this policy on the Conversion Date.

The Conversion Date is the date these items are received and Your request is processed. The Policy Date of the new policy is the Conversion Date. The new policy will be in force as of this Policy Date. Effective on the new Policy Date, this policy will terminate as described in Section 3.4. In no event will coverage be in force under both this policy and the new policy concurrently.

We will refund any portion of premium paid for coverage under this policy which extends past the Conversion Date.

**5.3:** **NEW POLICY** - The new policy will be:

    (a)    issued at the premium class then available for the plan of insurance being applied for, reflecting the risk classification of the Insured on the Policy Date of this policy;

    (b)    issued on the form and at the premium rate We are using on the Conversion Date; and

    (c)    subject to any Assignee of Record for this policy.

The Policy Age on the Policy Date will be the Insured's age on His birthday nearest the Policy Date of the new policy.

The Incontestability and Suicide Provisions of the new policy will be measured from the same date as this policy.

**5.4:** **ADDITIONAL BENEFITS PROVIDED BY RIDER** - On the Conversion Date, this policy - includes:

    (a)    an accidental death benefit Rider, the new policy may include such Rider. The new Rider will be issued on the form and at the premium rate We are using on the Conversion Date.

    (b)    a waiver of premium Rider, the new policy may include such Rider. The new Rider will be issued on the form and at the premium rate We are using on the Conversion Date. If We are waiving premiums for this policy, then We will waive premiums for the new policy if:

        (1)    the Insured is disabled, as defined in the new Rider, on the Conversion Date;

        (2)    the Conversion Date is the last day of the Conversion Period; and

V130-580-A

(3)    the new policy is a non-participating level premium, level death benefit whole life policy.

If We are not waiving premiums for this policy, We will waive premiums for the new policy only for a disability which starts while the new policy is in force.

Except as described in (a) and (b) of this Section, additional benefits provided by Rider may be included on the new policy only with Our consent.

V130-580-A

# CNA LIFE

## Application for Life Insurance

Please print or type all information

Valley Forge Executive Administrs. VIBA 21916 ...n Street, Reading PA 19201 ...55, Nashville TN 37230-5193

1. Proposed Insured (first, middle, last): Kyle Scott Davis
Birth date: 10-1-1961 Place: Belleville, IL
Sex: M Height: 6' 2" Weight: 178
SSN: 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 Driver's License State: Illinois D1205176127.80
Street address: 447 Froek Ave — Naperville, IL 60565
Phone: 630 ...
Email: ...

2. Owner (if other than insured): Same relationship: — address: — SSN: —

3. Beneficiary: Carole A. Davis relationship: Spouse address: 447 Froek Ave, Naperville, IL 60565

4. Plan: ViaDuate 115G Face amount: 500,000— Rider: Face amount:
Rider: Face amount: Rider: Face amount:

5. Premium Mode: ☒ annual ☐ semi-annual ☐ quarterly ☐ monthly automatic bank draft

6. Universal Life: First premium: First premium may not be less than minimum premium for mode selected.
Planned periodic premium: N/A Minimum premium: $ Death Benefit Option: ☐ Option1 ☐ Option2

7. Amount remitted with application $ N/A 8. Automatic Premium Loan ☐Yes ☐No

9. Has the person proposed for insurance: (If "yes," give full details in #18 "Comments.")

| | | |
|---|---|---|
| a. In the last three years flown or made plans to fly as a pilot, student pilot or crew? | ☐Yes | ☒No |
| b. In the last two years traveled or resided or intends to travel or reside outside the USA? | ☐Yes | ☒No |
| c. In the last three years engaged in, or intends to engage in, sky or scuba diving, hang gliding, rock climbing, or any form of motorized racing? | ☐Yes | ☒No |
| d. Ever used heroin, cocaine (including crack), LSD, PCP, amphetamines, barbiturates, any derivative of these drugs, or any other controlled substance except as prescribed by a physician? | ☐Yes | ☒No |
| e. Received or been advised to seek counseling for alcohol and/or drug abuse? | ☐Yes | ☒No |
| f. Ever been declined for insurance, had a policy rated, modified in any way, or been denied reissue, reinstatement, or renewal of a policy? | ☐Yes | ☒No |
| g. In the last three years had two or more moving violations, been convicted of driving while intoxicated, or ever had license suspended or revoked? | ☐Yes | ☒No |
| h. In the last ten years been told that you had any of the following: (If yes, check the items that pertain and give full details in # 18, Comments) stroke☐; epilepsy☐; mental or nervous disorder☐; lung or respiratory disorder☐; high blood pressure☐; chest pain☐; disease of the heart or blood vessels☐; hepatitis☐; kidney disease☐; prostate disorder☐; disease of the reproductive organs☐; disorder of the blood or lymph nodes☐; cancer or tumor of any kind☐; diabetes☐? | ☐Yes | ☒No |
| i. In the past five years been hospitalized, or consulted, been examined or treated by any physician, psychiatrist or medical practitioner not disclosed in response to the previous questions? | ☒Yes | ☐No |
| j. Been diagnosed by a member of the medical profession as having AIDS, ARC, or the HIV infection? | ☐Yes | ☒No |

10. Is the person proposed for insurance taking any prescribed medication? ☐Yes ☒No If "yes," list in # 18 "Comments."

11. Has the person proposed for insurance ever used tobacco or nicotine products? Quit: month/year
☒Never ☐Current ☐Quit. Check type: ☐smokeless ☐cigar ☐cigarette ☐pipe ☐patch or gum # packs per day: # years as a smoker:

12. Family history: age (living) or at death / cancer history? / heart disease or circulatory disorder?
Mother: 60 ☒No ☐Yes, since age ☒No ☐Yes, since age
Father: 61 ☒No ☐Yes, since age ☒No ☐Yes, since age

13. Proposed insured's regular physician: Dr. Myrna — Edward Health Care Associates
Physician's address: 730 N. Naperville Road, Bolingbrook IL 60440-8544
Physician phone #: 630-378-3400 Date of last visit: Feb-1999 Reason for/result of last visit: Flu/Pneumonia

14. Is the person proposed for insurance actively employed? ☒Yes ☐No
(If currently on leave due to accident, illness, or disability, check "no" and explain in #18 "Comments.")
Occupation: Certified Public Accountant Hours per week worked: 50

15. Annual Income: $ 100,000+ Estimated Net Worth: $ 500,000+ Ever filed for bankruptcy? ☐Yes ☒No Date discharged:

U. APP JUL 24 2000

# Valley Forge Life Insurance Company   LIFE

Issued by *Valley Forge Life Insurance Company*, a stock company and member of CNA Financial Corporation

| Executive Office: | Home Office: | Administrative Office: |
|---|---|---|
| CNA Plaza | 401 Penn St. | 100 CNA Drive |
| Chicago, Illinois 60685 | Reading, Pennsylvania 19601 | Nashville, Tennessee 37214 |

## AMENDMENT OF APPLICATION

The application to VALLEY FORGE LIFE INSURANCE COMPANY, Executive Office, Chicago, Illinois for a contract of life insurance on the life of the insured KYLE SCOTT DAVIS, the Proposed Insured, policy number VIBA021916, dated July 18, 2000, is hereby amended as follows:

Applicant's response to Question 4 of the application, Plan:, is amended to read: "CNA Term Life 115-G."

It is agreed that these changes shall be an amendment to and form and part of the original application and that the policy applied for, together with the amended application, shall constitute the entire contract between the parties concerning the insurance therein provided.

| Dated<br>at _____ | | Signed _____ |
|---|---|---|
| | | Proposed Insured |
| _____ | | Signed _____ |
| Month/Day/Year | | Applicant (if other than the Proposed Insured) |
| Witness _____ | | By _____ |
| Agent | | Signature and Title of Officer signing for the Corporation as Applicant |

208-005 AmendVFL

PAGE 1 OF 1

POLICYHOLDER 1 COPY

COMPANY 1 COPY

18. a. List all life insurance in force, including amount of each death benefit and purpose (if "None," so state):

LINCOLN BENEFIT LIFE Term Policy → INCOME REPLACEMENT.
NEXT RETIREMENT AND COLLEGE FUNDS

b. Has any applications for life insurance on the proposed insured currently pending with any insurer?
Insurer:                                                                Amount:     NO

c. Has the proposed insured replaced a life insurance policy in the last 3 years? ☐ Yes ☐ No
Replaced 2 or more times in the last 5 years? ☐ Yes ☐ No

d. Will this policy replace or change any existing life policy or annuity with any company?   ☑ Yes ☐ No
If so, provide company name and policy #:
LINCOLN BENEFIT LIFE #  0100893728

17. Conditional Receipt — Questions related to conditional receipt for all persons proposed for insurance.
☐ Yes ☑ No  In the past 90 days, has any person proposed for insurance been admitted to a hospital or other medical facility, been advised to be admitted, contemplated surgery, or had surgery performed or recommended?
☐ Yes ☑ No  In the past two years, has any person proposed for insurance been treated by a member of the medical profession for heart disease, stroke, cancer or AIDS?
If either question in this section is answered "Yes" or left blank, a premium payment cannot be accepted with this application and any conditional receipt is void.

18. Comments:  I — Treated For Pneumonia In Early 1999 with Anti Biotics For 10 Days—
Full Recovery.

## Authorization To Obtain Information

I hereby authorize any physician, medical practitioner, hospital, clinic, other medical or medically related facility, insurance or reinsuring company, the Medical Information Bureau, Inc., consumer reporting agency, employer or the Veterans Administration, having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment, including psychiatric conditions, drug or alcohol abuse, and any other medical or non-medical information about me or my health to give to Valley Forge Life Insurance Company or its legal representatives, any and all such information.

To facilitate rapid transmission of such information, I authorize all said sources, except MIB, to give such records or knowledge to any agency employed by the Company to collect and transmit such information.

I understand the information obtained by use of this Authorization will be used by Valley Forge Life Insurance Company to determine eligibility for insurance. Any information obtained will not be released by Valley Forge Life Insurance Company to any person or organization EXCEPT to reinsuring companies, the Medical Information Bureau, Inc., or other persons or organizations performing business or legal services in connection with my application, or as may be otherwise lawfully required or as I may further authorize.

I understand that I may request to receive a copy of this Authorization.

I agree that a photographic copy of this Authorization shall be as valid as the original.

I acknowledge having received and read the Notice to the Proposed Insured and the Medical Information Bureau Notice.

I agree that this Authorization shall remain valid for two years from its date.

The Proposed Insured and the Applicant, if other than the Proposed Insured, agree that: (1) all statements and answers in this application are complete, true and correctly recorded to the best of my (our) knowledge and belief; (2) if this application is accepted by the Company, the policy period for, this application and any attachments will constitute the entire insurance contract; (3) if no premium has been given to the agent with this application, insurance will not take effect until the application is approved and accepted by the Company, and the policy is delivered while the health of each person proposed for insurance and other conditions remain as described in this application and all intent in the first modal premium has been paid in full. Acceptance of the policy by the Proposed Insured will ratify any corrections and notations, including amendments of amount, risk classification, age at issue, plan of insurance benefits. However, in those states where written consent is required, any such amendment will be made only with the written consent of the Proposed Insured and the Applicant, if other than the Proposed Insured.

The Proposed Insured acknowledges having received and read the Notice to the Proposed Insured and the Medical Information Bureau Notice. If a premium has been given to the agent with this application, the Proposed Insured acknowledges having read and understood the conditions of the Conditional Premium Receipt.

Under the penalties of perjury; I/We certify that the social security number(s) provided herein is/are true, correct and complete.

Signed at  NAPERVILLE          ILLINOIS          this  18TH  day of  JULY 2000
x Kyle A Davis                              x Kyle A Davis
Proposed Insured (if signing on behalf of Proposed Insured, specify relationship to Insured)     Agent
x _____                          7-18-2000
Owner, if other than the Proposed Insured                 Date (month, day, year)

☑I elect to be interviewed if an investigative consumer report is prepared in connection with this application. Please contact me during the hours of  9am  and  5pm .  My telephone number is  630- 369-1010 .
I certify to the best of my knowledge the answers to the questions in all parts of this application are true and correct. I further certify that to the best of my knowledge this policy ☐ will ☑ will not replace or change any existing life insurance or annuity now in force.

x Kyle A Davis                    Kyle Davis          BEST AGENCY LSA
Agent                Agent Number    Agent (print name)    Licensed Agent Name
VLL-542-A            Page 2                              APP-592-A

NOTE → AGENT IS APPLICANT.                          JUL 24 2000