UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLE DAVIS,

    Plaintiff,

v.                                                                                  Case No: 2:14-cv-96-FtM-38DNF

JACKSON NATIONAL LIFE INSURANCE COMPANY and ESTATE OF KYLE DAVIS,

    Defendants/Third Party Plaintiff

ESTATE OF KYLE DAVIS,

    Third Party Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiff/Counter Defendant Carole Davis's Agreed Motion to Distribute Interpleader Funds (Doc. #44) filed on February 9, 2015. On September 26, 2014, the Court granted in part (Doc. #38) the Defendant Jackson National Life Insurance Company's Motion for Interpleader and directed Jackson National Life to deposit $500,000.00 into the Court's registry. Jackson National Life was subsequently dismissed from the litigation on November 5, 2014. (Doc. #43).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

On January 26, 2015, the Honorable Keith Kyle, Circuit Judge of the Twentieth Judicial Circuit Court in and for Lee County, Florida, issued an Order (Doc. #44-1) approving the proposed settlement of the interpleader funds on behalf of the minor child. The minor child potential had a claim on the $500,000.00 interpleader fund. In his Order, Judge Kyle found it in the best interest of the minor child to approve a proposed settlement of the underlying State Court case involving the interpleader funds deposited in the Court's registry by Jackson National Life. The settlement provided that $100,000.00 would be dispersed to the minor child. The Plaintiff Carole Davis would receive $400,000.00. Judge Kyle noted that "[t]he decedent's intentions, even upon his divorce, were manifested by the marital settlement agreement wherein he promised to so maintain the policy continuing to name Carole Davis as the beneficiary." (Doc. #44-1, p.2).

With the issue having been resolved in the underlying State Court case, the interpleader funds may now be released in accord with Judge Kyle's Order.

Accordingly, it is now

**ORDERED:**

The Plaintiff/Counter Defendant Carole Davis's Agreed Motion to Distribute Interpleader Funds (Doc. #44) is **GRANTED**. The Clerk of the Court is hereby directed to disperse the $500,000.00 in the Court's registry as follows:

- $100,000.00 shall be dispersed to the Guardian of the minor child, Carole Davis, on behalf of and for the benefit of the minor child;

- $400,000.00 shall be dispersed to the Plaintiff, Carole Davis, as beneficiary of the decedent's life insurance policy,

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of February, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record