UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLE DAVIS,

    Plaintiff,

v.       Case No: 2:14-cv-96-FtM-38DNF

JACKSON NATIONAL LIFE INSURANCE COMPANY and ESTATE OF KYLE DAVIS,

    Defendants/Third Party Plaintiff

ESTATE OF KYLE DAVIS,

    Third Party Defendant.
_____/

## ORDER

This matter comes before the Court on *Sua Sponte* Review of the Docket Sheet. On January 26, 2015, the Honorable Keith Kyle, Circuit Judge of the Twentieth Judicial Circuit Court in and for Lee County, Florida, issued an Order (Doc. #44-1) approving the proposed settlement of the interpleader funds on behalf of the minor child. The minor child potentially had a claim on the $500,000.00 interpleader fund. In his Order, Judge Kyle found it in the best interest of the minor child to approve a proposed settlement of the underlying State Court case involving the interpleader funds deposited in the Court's registry by Jackson National Life. The settlement provided that $100,000.00 would be dispersed to the minor child. The Plaintiff Carole Davis would receive $400,000.00. Judge Kyle noted that "[t]he decedent's intentions, even upon his divorce, were manifested by the marital settlement agreement wherein he promised to so maintain the policy continuing to name Carole Davis as the beneficiary." (Doc. #44-1, p.2).

On March 16, 2015, the final disbursement of all the $500,000. 00 was made in compliance with Judge Kyle's Order. (Doc. #47, 48).  The Interpleader, Jackson National Life has been dismissed, and issues involving the estate of Kyle Davis have been resolved.  Therefore, this case is due to be dismissed and the case closed.

Accordingly, it is now

**ORDERED:**

The case is hereby **DISMISSED** with prejudice.   The Clerk of the Court is hereby directed to enter judgment accordingly, terminate all pending motions and deadlines and **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record